UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC MILLER**,<br>       Plaintiff,<br><br>   v.<br><br>**EDUTREK, LLC**,<br>       Defendant. | Case No.  14-cv-01277-YGR<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 29 |

On November 12, 2014, pursuant to the Court's Standing Order in Civil Cases, defendant EduTrek LLC ("EduTrek") filed a letter requesting a pre-filing conference seeking leave to move for summary judgment.  (Dkt. No. 26.)  On November 18, 2014, plaintiff's counsel moved to withdraw from the case, stating they have been unable to communicate with their client.  (Dkt. No. 27.)

On November 24, 2014, the parties filed a joint case management statement in advance of the case management conference scheduled for Monday, December 1, 2014 at 2 p.m.  (Dkt. No. 29.)  Plaintiff's counsel requested the conference be continued until their motion to withdraw is resolved, or, in the alternative, that the conference be held telephonically.  EduTrek objected to continuing the conference or to holding the conference telephonically.

The Court hereby **ORDERS** that (1) the case management conference shall be held as scheduled and in person; and (2) plaintiff's counsel shall bring to the conference all evidence for the Court to review (in camera, if necessary) supporting their motion to withdraw.

**IT IS SO ORDERED.**

Dated: November 25, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**